UNITED STATES BANKRUPTCY COURT -- NORTHERN DISTRICT OF IOWA

**PROCEEDING MEMO AND ORDER**

IN RE:
    CLAUDIA ANN UTECHT                   Chapter 13

                                           Bankruptcy No. 09-00545

APPEARANCES: For Debtor: Richard Boresi

Case Trustee: Carol Dunbar

Hearing was held on:   September 22, 2009 .

NATURE OF PROCEEDING:

Debtor's Motion to Dismiss

IT IS ORDERED THAT:

Debtor's Motion to Dismiss is GRANTED and this case is DISMISSED.

Dated and Entered:
  September 22, 2009

*[signature: Paul J. Kilburg]*

_____
Paul J. Kilburg
Bankruptcy Judge